# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VERONICA GARCIA, as an individual and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 22-cv-4240 |
| v. | ) ) Honorable Edmond E. Chang |
| ST. AUGUSTINE COLLEGE, | ) ) ) |
| Defendant. | ) |

## DEFENDANT ST. AUGUSTINE COLLEGE'S
## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant St. Augustine College ("St. Augustine"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Order dismissing Plaintiff Veronica Garcia's claims in her putative Class Action Complaint with prejudice for failure to state a claim. In support hereof, St. Augustine concurrently files its Memorandum in Support of this Motion to Dismiss.

Dated: September 19, 2022

Respectfully submitted,

/s/ *Maria A. Boelen*

Casie D. Collignon (admitted *pro hac vice*)
Colby M. Everett (admitted *pro hac vice*)
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
ccollignon@bakerlaw.com
ceverett@bakerlaw.com
Tel: 303.861.0600
Fax: 303.861.7805

Maria A. Boelen
Baker & Hostetler LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606
mboelen@bakerlaw.com
Tel: 312.416.6200
Fax: 312.416.6200

*Attorneys for Defendant*

-2-

## **CERTIFICATE OF SERVICE**

I, Maria A. Boelen, certify that on the 19th day of September 2022, the foregoing was served via the Court's ECF system on all counsel of record.

*/s/ Maria A. Boelen*
Maria A. Boelen