**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**


Veronica Garcia

                Plaintiff,

v.                                      Case No.: 1:22–cv–04240
                                      Honorable Edmond E. Chang

St. Augustine College

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 21, 2023:


        MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the parties'
stipulation of dismissal [22], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
case is dismissed with prejudice, each side to bear its own fees and costs. Any potential
putative class claims are dismissed without prejudice. Defendant's motion to dismiss [13]
is terminated as moot. Status hearing of 04/07/2020 is vacated. Civil case terminated.
Emailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.